```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

JEROME P. BROWN, Union Officer Trustee and   )
PAUL HEFFERNAN, Employer Officer Trustee of  )
the New England Health Care Employees        )
Welfare Fund on behalf of the New England    )
Health Care Employees Welfare Fund,          )
                                             )
                              Plaintiffs,    )
                                             )
v.                                           ) 3:04CV1822(AWT)
                                             )
EXPRESS SCRIPTS, INC.,                       )
                              Defendant.     )


### ENDORSEMENT ORDER

For the reasons set forth below, Defendant Express Scripts, Inc.'s Motion to Dismiss Count VII of Plaintiff's Complaint (Doc. #11) is hereby GRANTED.  Count VII is hereby dismissed without prejudice.

The plaintiff argues that it should be allowed to plead theories of liability in the alternative, but that is not what the plaintiff has done here.  Rather, in Count VII, the plaintiff has incorporated by reference all of the allegations set forth in the preceding six counts.  Those allegations include the allegation that the defendant was serving as an ERISA fiduciary.  Therefore, as pled, Count VII of the Complaint is preempted by ERISA.

ERISA makes certain enumerated categories of persons liable, including fiduciaries.  The defendant contests the plaintiff's allegations that the defendant is an ERISA fiduciary.  As the

case develops, the plaintiff may develop a basis for factual allegations that would demonstrate not only that the defendant is not an ERISA fiduciary, or any other category of persons covered by ERISA, but also that the plaintiff has a claim that is not preempted by ERISA.  In such an event, the plaintiff should be able to amend or file a motion for leave to amend the complaint.

It is so ordered.

Dated this 14th day of April 2005, at Hartford, Connecticut.

                                                /s/
                                  Alvin W. Thompson
                    United States District Judge